ANDREW A. MOHER. SBN: 257605
**LAW OFFICES OF ANDREW A. MOHER, APC**
101 California St, Suite 2710
San Francisco, CA 94111
Telephone: 415-757-0042
Facsimile: 619-923-3303
Attorney for Debtor SS Dreambuilders L

**The following constitutes**
**the order of the court. Signed March 15, 2016**

Roger L. Efremsky
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

In Re:

SS Dreambuilders LLC

Case No. 15-43052-RLE

CHAPTER 11

**ORDER GRANTING DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE**

Date: March 8, 2016
Time: 1:30 p.m.
Courtroom: 201

**Judge:** Hon. Roger L. Efremsky

On February 8, 2016, Debtor SS Dreambuilders LLC ("Debtor") filed a Motion to Dismiss its Chapter 11 case. (doc #99). The motion was properly noticed and came on regularly for hearing on March 8, 2016, at 1:30 p.m., in the United States Bankruptcy Court, Northern District of California, Oakland Division, the Honorable Roger L. Efremsky, presiding. Andrew A. Moher appeared representing the Debtor. Michelle Ghidotti appeared representing Center Street Lending, and Kimberly Leding appeared representing Daniel Kang. There was no written or oral opposition to Debtor's Motion. The Court granted Debtor's Motion for the reasons stated

1 | on the record upon payment of delinquent United States Trustee Fees and signature of the United

2 | States Trustee.

3 |

4 | THEREFORE, THE COURT, having read the pleadings, considering the matter, and good cause

5 | appearing,

6 |

7 |

8 | IT IS HEREBY ORDERED: Debtor's Motion to Dismiss Chapter 11 Case is Granted.

9 |

10 | APPROVED AS TO FORM AND CONTENT

11 |

12 | /s/ Lynette C. Kelly

13 | Lynette C. Kelly, Attorney for United States Trustee

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 | *** END OF ORDER ***

28 |

1 <u>COURT SERVICE LIST</u>

2 No Physical Service Required

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER